994

No. 694, Misc. BUTLER *v.* WEAKLEY ET AL. C. A. 4th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Doar* and *David L. Norman* for respondents.

No. 711, Misc. BEASLEY *v.* TEXAS CASUALTY INSURANCE Co. Sup. Ct. Tex. Certiorari denied. *Thomas C. Ferguson* for petitioner. *Coleman Gay* for respondent.

No. 727, Misc. GALLAGHER *v.* CALIFORNIA. Dist. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 746, Misc. ELDRIDGE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied. *Jean F. Dwyer* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 750, Misc. HUNT ET AL. *v.* NEBRASKA. Sup. Ct. Neb. Certiorari denied. *Vincent J. Kirby* for petitioners.

No. 751, Misc. WHITE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 754, Misc. WHITE *v.* CLEMMONS, SHERIFF, ET AL. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Jack P. F. Gremillion,* Attorney General of Louisiana, and *Ralph L. Roy* for respondents.

No. 760, Misc. FLOWERS *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Marshall, Assistant Attorney General Douglas* and *David L. Rose* for the United States.